UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
CINTHIA RAYBON

CASE NO.  06-10650-BKC-RAM

MAY -2 2011   2 90477

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $    7.69  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  APR 2 9 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

CINTHIA RAYBON  
3001 SW 142 AVENUE  
MIAMI, FL 33175

SANDRA NAVARRO-GARCIA, ESQ.  
6337 SW 40 STREET  
MIAMI, FL 33133

CENTRAL MAGNETIC IMAGING OF SO  
C/O AR SERVICES  
POB 16911  
TAMPA, FL 33687-6911

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO.   06-10650-BKC-RAM
CINTHIA RAYBON

                                              CHAPTER 13

CINTHIA RAYBON

3001 SW 142 AVENUE
MIAMI, FL 33175


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


CENTRAL MAGNETIC IMAGING OF SO---------$           7.69
C/O AR SERVICES
POB 16911                                  UNDELIVERABLE/STALE
TAMPA, FL 33687-6911                       CLAIM REGISTER# 2-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130